No. 92–8371.  WEEKLY v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 92–8372.  YEPEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8373.  POOLE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–8379.  TAYLOR v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 92–8380.  DANNA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–8385.  GREEN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8386.  HERNANDEZ-MARQUEZ v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 92–8387.  KELLEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–8388.  HARDWICK v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8391.  JONES, AKA JAMES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8392.  JONES v. BIDEN, CHAIRMAN, UNITED STATES SENATE COMMITTEE ON THE JUDICIARY, ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 92–8403.  CARDENAS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–8404.  VARAS-SANTOS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8406.  STINCHCOMB v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8407.  SCOTT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.